TIMOTHY S. LAFFREDI (SBN WI 1055133)
Assistant United States Trustee
MARTA E. VILLACORTA (SBN NY 4918280)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 252-2062
Facsimile: (415) 705-3379
Email: Marta.Villacorta@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| In re | Case No. 10-11583 RLE |
| JOSE NOE TELLEZ and BERTA ESTELLA TELLEZ, | Chapter 11 |
| Debtors. | |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel

of record in place of Patricia A. Cutler for Tracy Hope Davis, the United States Trustee for

Region 17. All notices should now be directed to:

        Office of the United States Trustee
        Attn: Marta E. Villacorta
        450 Golden Gate Avenue, Suite 5-0153
        San Francisco, CA 94102-3661
        Email: Marta.Villacorta@usdoj.gov

Dated: November 15, 2018        TRACY HOPE DAVIS
                        UNITED STATES TRUSTEE

              By:     /s/ Marta E. Villacorta
                        Attorney for the United States Trustee

Notice of Substitution of Counsel